Opinion issued July 6, 2023



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-23-00027-CV

————————————

**LANCE PEARSON, TERRY PEARSON, AND MIKE PEARSON, Appellants**

**V.**

**MY PARENT'S BASEMENT L.L.C. AND MICHAEL BORNSTEIN, Appellees**

---

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 22-DCV-299509**

---

## MEMORANDUM OPINION

Appellants Lance Pearson, Terry Pearson, and Mike Pearson have filed a motion to dismiss their accelerated appeal from a temporary injunction order signed on December 28, 2022. Because the parties have filed an agreed motion to dissolve the temporary injunction order, appellants assert that this appeal is moot. Because

the motion did not contain a certificate of conference, the Court held this motion for ten days and no opposition was filed. No opinion has issued.

We grant appellants' motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a), 43.2(f). Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.